Case 1:23-mj-00240-ZMF   Document 1-1   Filed

Case No. 23-mj-240
Assigned To: Magistrate Judge Zia M. Faruqui
Date Assigned:9/1//2023
Description: Complaint with Arrest Warrant

**STATEMENT OF FACTS**

Your affiant, Michael Kiley, is a special agent assigned to the Seattle Field Office of the Federal Bureau of Investigation. In my duties as a special agent, I am assigned to investigate domestic terrorism. Currently, I am tasked with investigating criminal activity in and around the Capitol grounds on January 6, 2021. As a special agent, I am authorized by law or by a Government agency to engage in or supervise the prevention, detection, investigation, or prosecution of a violation of Federal criminal laws.

The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification were allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, around 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of

violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

### Identification of DENNIS ADAMS

The FBI first assessed that DENNIS ADAMS (ADAMS) participated in the Capitol Riot on January 6, 2021, through geolocation data. Through a search warrant issued to Google, the FBI determined that a Google account created on February 24, 2010 and associated with the Google email address dgadaXXXX@gmail.com and the cellular phone number (206) 818-0XXX, was located in the immediate vicinity and within the U.S. Capitol Building between 2:00 p.m. and 6:30 p.m. on January 6, 2021. The affiant reviewed call data records from T-Mobile for the cellular phone number (206) 818-0XXX, and those records indicated that ADAMS was the subscriber for that account.

On June 10, 2022, your affiant interviewed a close associate (Witness-1) of ADAMS regarding ADAMS' activity at the U.S. Capitol on January 6, 2021. Witness-1 stated that he drove from Washington State to Washington D.C. with ADAMS to attend the "Stop the Steal" rally. During the rally, former President Donald Trump encouraged attendees to walk to the U.S. Capitol. Witness-1 and ADAMS thought that they could be among the first people to arrive at the Capitol building and proceeded to walk through the National Mall in that direction. Upon arriving at the U.S. Capitol, Witness-1 and ADAMS were separated after U.S. Capitol Police (USCP) engaged the crowd with nonlethal crowd control devices. Witness-1 reported that he did not see ADAMS again until they met at a hotel in the evening hours of January 6, 2021. Witness-1 identified ADAMS (Image 1 below) standing outside of the U.S. Capitol next to a window wearing a red hat, a red hooded sweatshirt, a black balaclava, and an American flag neck gaiter pulled up below the nose.



*Image 1: ADAMS standing outside the U.S. Capitol building on January 6, 2021*

Witness-1 further identified ADAMS in other images taken from CCV cameras located throughout the U.S. Capitol. Witness-1 identified ADAMS walking inside the Crypt wearing a red hat, a red hooded sweatshirt, a black balaclava, and an American flag neck gaiter pulled up below the nose, and walking outside the Parliamentarian's Office with a blue flag draped over his shoulders (see Images 2 and 3).



*Image 2: CW-1 identified ADAMS inside the Crypt on January 6*



*Image 3: CW-1 identified ADAMS walking near the Parliamentarian's office*

The affiant interviewed a second witness (Witness-2), who knew ADAMS and Witness-1 personally. Witness-2 stated that ADAMS had talked about being inside of the U.S. Capitol on January 6, 2021, and that ADAMS had said that he got swept into the Capitol with the crowd. Witness-2 identified ADAMS in a photo taken outside the U.S. Capitol on January 6, 2021. The individual identified by Witness-2 is consistent in appearance and attire as the individual identified as Witness-1.

**Interview with ADAMS**

On October 13, 2022, the affiant interviewed ADAMS regarding his activity on January 6, 2021. ADAMS stated that he traveled to Washington, D.C. with Witness-1 by car to hear former President Donald Trump give a speech. After the former President told the crowd to go to the Capitol, ADAMS and Witness-1 walked along the north side of the National Mall and entered the Capitol grounds just north of the Grant Monument.

When ADAMS reached the Capitol grounds, there was an orange mesh fence, which ADAMS understood to establish a barrier to prevent pedestrian traffic. ADAMS observed protestors push the fencing down. ADAMS then stepped over the fencing and began walking towards the U.S. Capitol building. ADAMS stated that he considered himself to have become a trespasser at that point. ADAMS stated that he observed protestors spray bear repellent towards police and immediately recognized things had gone too far. ADAMS stated he was unable to turn back at that point because of the volume of people walking towards the U.S. Capitol building.

3

ADAMS reported hearing the sound of an alarm, which he understood to be a fire alarm, while approaching the U.S. Capitol building and while inside of the building. ADAMS was shown photographs which your affiant believed was ADAMS on January 6, 2021. ADAMS confirmed he was the individual circled in red in Images 1 and 2 above.

### ADAMS' Movement Through the U.S. Capitol on January 6, 2021

Through open-source research and a review of CCV footage from U.S. Capitol building security cameras, the affiant was able to follow ADAMS' movements during the roughly 21 minutes that ADAMS was inside the U.S. Capitol on January 6, 2021.

ADAMS first entered the U.S. Capitol at 2:57 p.m. through a side fire door (see Image 3 above) near the Parliamentarian's office. ADAMS exited the building through that same door roughly three minutes later.



*Image 4: ADAMS exited out the Fire Door roughly three minutes after entering*

ADAMS re-entered the U.S. Capitol at 3:08 p.m. through a broken window next to the Senate Wing Door, and moved towards the Crypt, which he entered at 3:15 p.m.



*Image 5: ADAMS re-entered the Capitol through a broken window by the Senate Wing Door*



*Image 6: ADAMS entered the Crypt*

ADAMS exited the U.S. Capitol at 3:26 p.m. through the Senate Wing Door.



*Image 7: ADAMS exiting the Capitol at the Senate Wing Door*

Rather than leave the restricted grounds of the U.S. Capitol, ADAMS walked to the north screening egress location, where he was captured in open-source videos and D.C. Metropolitan Police body camera footage standing in front of a window and near a police line. During the process of removing rioters from the area, police fired a flash bang. ADAMS is captured in video falling on the ground before retreating from the area.



*Image 8: ADAMS outside the north door entrance after exiting the U.S. Capitol*



*Image 9: ADAMS being pushed out of the north door entrance area by police outside the U.S. Capitol*

Based on the foregoing, your affiant submits that there is probable cause to believe that ADAMS violated 18 U.S.C. § 1752(a)(1) and (2), which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions; or attempts or conspires to do so. For purposes of Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

      Your affiant submits there is also probable cause to believe that ADAMS violated Title 40 U.S.C. § 5104(e)(2) (D) and (G), which makes it a crime to willfully and knowingly: (D) utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress; and (G) parade, demonstrate, or picket in any of the Capitol Buildings.

_____
Michael J Kiley Jr.
Special Agent
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 1st day of September 2023.

_____
ZIA M. FARUQUI
U.S. MAGISTRATE JUDGE